| Prebill Number | 80945 | | Billing Tkpr. | Campbell, Karla |
| Prebill Date | 02/12/2015 | | Billed Through: | 02/28/2015 |

004856 McGEHEE, GRISELDA
14326 FLSA
FLSA

GRISELDA MCGEHEE
C/O KMC

## MATTER SUMMARY

| | |
|---|---|
| Fee Total | $15,731.25 |
| Expense Total | $570.00 |
| Discount | $0.00 |
| PPD Applied | $0.00 |
| Trust Applied | $0.00 |
| **CURRENT CHARGES** | **$16,301.25** |

Hold
Bill
Bill with comments
Comments:
**Billing Freq:** On Request
**CONTINGENT**

## FEE RECAP

| | | | |
|---|---|---|---|
| Stranch, III, James G. | 1.50 | 425.00 | $637.50 |
| Campbell, Karla | 35.00 | 375.00 | $13,125.00 |
| London, Lisseth S | 11.25 | 75.00 | $843.75 |
| Bellamy, Raquel L | 4.50 | 250.00 | $1,125.00 |
| Total | 52.25 | | $15,731.25 |

## FEE DETAIL

| Status | Date | Tkpr | Desc | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Bill | 07/17/14 | KMC | Confer with RB about fraud issues in Marquez client meeting. | 0.20 | $375 | $75.00 |
| Bill | 07/20/14 | KMC | Research on elements of fraud and conspiracy to defraud and pleading standards. | 1.00 | $375 | $375.00 |
| Bill | 07/21/14 | KMC | Pre-meeting preparation of retainers; questionnaires; confer w/RB re: viable claims and areas that need more research; meeting with potential client group and confer w/RB; research on federal fraud claims. | 1.70 | $375 | $637.50 |
| Bill | 07/21/14 | RLB | Initial Consultation with potential plaintiffs. | 1.40 | $250 | $350.00 |
| Bill | 07/22/14 | KMC | Review of RB case notes on group meeting; additional info needed; research on business status of DGS. | 1.00 | $375 | $375.00 |
| Bill | 07/22/14 | RLB | Confer with KMC about client meeting and next steps. | 2.00 | $250 | $500.00 |
| Bill | 07/25/14 | KMC | Drafting demand letter to DGS. | 0.40 | $375 | $150.00 |
| Bill | 07/25/14 | RLB | Client communication about status of case. | 0.20 | $250 | $50.00 |

| | **Prebill Number** 80945 | | | **Billing Tkpr.** Campbell, Karla | | | |
|---|---|---|---|---|---|---|---|
| | **Prebill Date** 02/12/2015 | | | **Billed Through:** 02/28/2015 | | | |
| Bill | 07/31/14 | KMC | Calculating damages for each client. | 1.20 | $375 | $450.00 |
| Bill | 07/31/14 | RLB | Document review (client time sheets). | 0.30 | $250 | $75.00 |
| Bill | 08/01/14 | KMC | Drafting demand letter to ER; research on conflict w/potential plaintiff Himelda Guzman. | 1.10 | $375 | $412.50 |
| Bill | 08/01/14 | RLB | Client communication with Hilda Marquez re: criminal investigation. | 0.30 | $250 | $75.00 |
| Bill | 08/04/14 | KMC | Drafting letter to Himelda Guzman withdrawing from representation due to conflict. | 0.30 | $375 | $112.50 |
| Bill | 08/05/14 | KMC | Call from client McGeHee re: communications w/defendant, new information re: other banks. | 0.10 | $375 | $37.50 |
| Bill | 08/11/14 | KMC | Drafting FLSA Complaint; meeting with client Griselda and potential opt-in Chavez. | 2.80 | $375 | $1,050.00 |
| Bill | 08/12/14 | JGS | Meeting with KMC to discuss collective strategy. | 0.30 | $425 | $127.50 |
| Bill | 08/12/14 | KMC | Drafting and revising Complaint; confer w/JGS re: strategy w/ opt-ins vs. naming all plaintiffs. | 0.50 | $375 | $187.50 |
| Bill | 08/13/14 | KMC | Revising Complaint w/ client comments. | 3.00 | $375 | $1,125.00 |
| Bill | 08/13/14 | RLB | Document review. | 0.30 | $250 | $75.00 |
| Bill | 08/14/14 | KMC | Confer w/Lisa re: summonses, service and filing Complaint. | 0.20 | $375 | $75.00 |
| Bill | 08/15/14 | JGS | Review draft of complaint; meeting with Karla Campbell relating to contents of complaint. | 0.60 | $425 | $255.00 |
| Bill | 08/15/14 | KMC | Filing Complaint, civil cover sheet, summonses, etc. | 0.40 | $375 | $150.00 |
| Bill | 08/21/14 | KMC | Confer w/Lisa re: effective service of process on Deft. Miller; review of ECFS. | 0.30 | $375 | $112.50 |
| Bill | 08/29/14 | KMC | Research on criminal record of defendant Miller. | 0.20 | $375 | $75.00 |
| Bill | 09/04/14 | KMC | Confer w/Lisa re: status of service of process; update from server. | 0.20 | $375 | $75.00 |
| Bill | 09/08/14 | KMC | Confer w/Lisa re: service of Dft. Miller on Attorney; research on bar status of atty. Schell. | 0.30 | $375 | $112.50 |

| | Prebill Number | 80945 | | | Billing Tkpr. | Campbell, Karla | | |
|---|---|---|---|---|---|---|---|---|
| | Prebill Date | 02/12/2015 | | | Billed Through: | 02/28/2015 | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Bill | 09/09/14 | KMC | Call from Atty. Griffin Dunham re: settlement; contacting clients re: total figures for bank fees; updating total damages calculations. | 3.70 | $375 | $1,387.50 |
| Bill | 09/10/14 | KMC | Email communications with Atty. Dunham re: demand and follow up; confer with Lisa M. re: Service of process on Miller. | 0.90 | $375 | $337.50 |
| Bill | 10/02/14 | KMC | Email communications w/ Atty. Dunham re: status of settlement discussions. | 0.30 | $375 | $112.50 |
| Bill | 10/08/14 | KMC | Communications w/Atty's Dunham and Schell re: status of their representation. | 0.40 | $375 | $150.00 |
| Bill | 10/09/14 | KMC | Calls to clients McGeHee and Marquez on status of case. | 0.40 | $375 | $150.00 |
| Bill | 10/20/14 | KMC | Drafting letter to Mag. Judge Bryant re: case mgmt. conf. | 0.40 | $375 | $150.00 |
| Bill | 10/20/14 | KMC | Attending case management conference. | 0.80 | $375 | $300.00 |
| Bill | 10/28/14 | KMC | Drafting motion for entry of default. | 0.70 | $375 | $262.50 |
| Bill | 11/04/14 | KMC | Call to and return call from Defendant Miller re: status of case, appearance of her new counsel, etc.; lexis research on Miller's address. | 0.60 | $375 | $225.00 |
| Bill | 11/05/14 | KMC | Confer w/law clerk re: motion for entry of default judgment. | 0.30 | $375 | $112.50 |
| Bill | 11/14/14 | KMC | Review of clerk's entry of default. | 0.20 | $375 | $75.00 |
| Bill | 12/17/14 | JGS | Teleconference with Attorney Nathan Colburn about additional DGS workers; meeting with Karla Campbell; communications with Karla Campbell. | 0.60 | $425 | $255.00 |
| Bill | 12/17/14 | KMC | Conference with J. Stranch re: pending case from Nathan Colburn | 0.20 | $375 | $75.00 |
| Bill | 12/17/14 | LL | Meeting with clients to review and sign Affidavits. | 2.50 | $75 | $187.50 |
| Bill | 12/19/14 | KMC | Review affidavits on calculation of damages drafted by L. London; revisions to same | 0.40 | $375 | $150.00 |
| Bill | 12/19/14 | LL | Drafting, and translating into Spanish, Affidavits for McGehee Case | 5.50 | $75 | $412.50 |

| | Prebill Number | 80945 | | | Billing Tkpr. | Campbell, Karla | | |
|---|---|---|---|---|---|---|---|---|
| | Prebill Date | 02/12/2015 | | | Billed Through: | 02/28/2015 | | |
| Bill | 12/22/14 | KMC | Meeting with clients to discuss status of DGS litigation and plan to sue Wells Fargo under TCPA/fraud; conference with L. London about client communications and next steps | | | 0.90 | $375 | $337.50 |
| Bill | 12/22/14 | LL | Meeting with clients to review and sign Affidavits. | | | 3.25 | $75 | $243.75 |
| Bill | 12/23/14 | KMC | Review signed affidavits; recalculation of damages for Dilcia Amaya | | | 1.50 | $375 | $562.50 |
| Bill | 12/30/14 | KMC | Call from client Hilda Marquez about total damages and next steps. | | | 0.30 | $375 | $112.50 |
| Bill | 12/31/14 | KMC | Call to clients Kenia Aguilar and Dilcia Amaya re: affidavit. | | | 0.20 | $375 | $75.00 |
| Bill | 01/02/15 | KMC | Drafting Motion for Default Judgment and Campbell Declaration. | | | 5.40 | $375 | $2,025.00 |
| Bill | 01/08/15 | KMC | Calls to Kenia and Dilcia; confer w/ LL re: Revised affidavits for Kenia and Dilcia. | | | 0.30 | $375 | $112.50 |
| Bill | 01/22/15 | KMC | Finalizing and filing motion for default judgment. | | | 2.20 | $375 | $825.00 |

## EXPENSE DETAIL

| Status | Date | Desc | Amount |
|---|---|---|---|
| Bill | 08/14/2014 | Clerk of U.S. District Court; Invoice # Filing Fee; Filing Fee | $400.00 |
| Bill | 09/11/2014 | Legal Eagles Process Service; Invoice # 140907; Service of Process, Deborah Miller, attempted at 1113 Murfreesboro Rd. and P. Edward Schell accepted at 509 New Hwy 96 | $170.00 |

| Prebill Number | 80945 | | Billing Tkpr. | Campbell, Karla |
| --- | --- | --- | --- | --- |
| Prebill Date | 02/12/2015 | | Billed Through: | 02/28/2015 |

| PPD/TRUST FUNDS | |
| --- | ---: |
| PPD Balance | $0.00 |
| Trust Balance | $0.00 |

| PREBILL SUMMARY | |
| --- | ---: |
| Fee Total | $15,731.25 |
| Expense Total | $570.00 |
| Discount | $0.00 |
| PPD Applied | $0.00 |
| Trust Applied | $0.00 |
| CURRENT CHARGES | $16,301.25 |

| A/R Summary | |
| --- | ---: |
| Balance Forward | $0.00 |
| Payments Rec'vd | $0.00 |
| AR Adjustments | $0.00 |
| Net Balance Fwd. | $0.00 |

| A/R Aging | |
| --- | ---: |
| 0 - 30 Days | $0.00 |
| 31 - 60 Days | $0.00 |
| 61 - 90 Days | $0.00 |
| 91 - 120 Days | $0.00 |
| Over 121 Days | $0.00 |

| Inception to Date - FEES | |
| --- | ---: |
| Billed | $0.00 |
| Received | $0.00 |
| WIP Adjs. | $0.00 |
| A/R Adjs. | $0.00 |

| Inception to Date - EXPS | |
| --- | ---: |
| Billed | $0.00 |
| Received | $0.00 |
| WIP Adjs. | $0.00 |
| A/R Adjs. | $0.00 |