IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GRISELDA MCGEHEE, et al. | ) |
| | ) |
| v. | ) NO. 3-14-1684 |
| | ) JUDGE CAMPBELL |
| DIVERSIFIED GLOBAL SERVICES, | ) |
| LLC, et al. | ) |

ORDER

Pending before the Court is Motion for Attorneys' Fees and Costs (Docket No. 16). The Motion is referred to the Magistrate Judge for a Report and Recommendation.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE