IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GRISELDA MCGEHEE, et al. | ) |
| | ) |
| v. | ) NO. 3-14-1684 |
| | ) JUDGE CAMPBELL |
| DIVERSIFIED GLOBAL SERVICES, | ) |
| LLC, et al. | ) |

ORDER

Pending before the Court is Plaintiffs' Motion for Default Judgment against Defendant Deborah Miller (Docket No. 29). The Clerk previously entered default against Defendant Miller on February 16, 2016 (Docket No. 26).

Despite having been served and having default entered against her, Defendant Miller has not filed a response to the Complaint, the Motion for Default, or the Motion for Default Judgment. The Local Rules of Court provide that failure to file a timely response to a motion shall indicate that there is no opposition to the motion. Local Rule 7.01(b).

Accordingly, Plaintiffs' Motion for Default Judgment (Docket No. 29) is GRANTED, and default judgment is hereby entered against Defendant Miller, pursuant to Fed. R. Civ. P. 55, in the total amount of $39,669.20, representing compensatory damages, liquidated damages, costs and attorneys' fees.

This case is dismissed, and the Clerk is directed to close the file.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE